**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2547**

———————

CAROLYN ADAMS,

                    Plaintiff - Appellant,

        v.

SHEPPARD PRATT HEALTH SYSTEM,

                    Defendant - Appellee,

        and

STEVEN S. SHARFSTEIN, MD, CEO; THOMAS GRAHAM, Program
Director; KAREN MALSTORM, Nursing Supervisor,

                    Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:11-cv-03755-CCB)

———————

Submitted:  February 27, 2014           Decided:  March 4, 2014

———————

Before NIEMEYER, KING, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carolyn Adams, Appellant Pro Se.   Bruce Stephen Harrison,
Teresa D. Teare, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Adams appeals the district court's order granting summary judgment to Defendant Sheppard Pratt Health System in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2012), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621-34 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adams v. Sheppard Pratt Health Sys., No. 1:11-cv-03755-CCB (D. Md. Nov. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED